UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FRANK A. RUST, | ) | No. ED CV 10—665-PA (VBK) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| SILVIA H. GARCIA, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Second Amended Complaint and entire action with prejudice.

DATED: November 26, 2013

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE